

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**United States District Court**
Central District of California
Office of the Clerk



**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Maya Roy**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

May 12, 2023

Santa Barbara County Superior Court
312 East Cook Street
Santa Maria, CA 93454

**FILED**
SUPERIOR COURT of CALIFORNIA
COUNTY of SANTA BARBARA

MAY 19 2023

Darrel E. Parker, Executive Officer
BY
S. Leyden, Deputy Clerk

Re: Case Number: _____ 2:23−cv−03167−DSF−BFM x _____
Previously Superior Court Case No. _____ 23CV01177 _____
Case Name: _____ Angelika De Lara et al v. Zoetis Inc. et al _____

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on _____ 5/12/2023 _____, the above−referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS134
Los Angeles, CA 90012

Respectfully,

Clerk, U.S. District Court

By: _/s/ Jenny Lam_
Deputy Clerk
(Jenny_Lam@cacd.uscourts.gov)

_Encls._
_cc: Counsel of record_

Receipt is acknowledged of the documents described above.

MAY 19 2023

Date

Clerk, Superior Court

By: _____
Deputy Clerk S. Leyden

G−17 (01/23)  LETTER OF TRANSMITTAL − REMAND TO SUPERIOR COURT